UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN, | 1:07-cv-1209-AWI-SMS-P |
| Plaintiff, | ORDER DISREGARDING FINDINGS AND RECOMMENDATIONS AS MOOT |
| vs. | |
| LORI MACIAS-PRICE, et al., | |
| Defendants. | |

Plaintiff is processing pro se with a civil rights action. The action has been referred to the Magistrate Judge for pre-trial proceedings. On August 27, 2007, the Magistrate Judge reviewed Plaintiff's application to proceed in forma paupers. The Magistrate Judge then issued a Findings and Recommend to the undersigned that recommended the court deny the application and order Plaintiff to pay the filing fee.

On October 3, 2007, Plaintiff paid the filing fee. Because Plaintiff has now paid the filing fee for this action, the Findings and Recommendations issued by the Magistrate Judge have become moot. Accordingly, the August 27, 2007 Findings and Recommendations will be disregarded and this action will proceed because Plaintiff has paid the filing fee.

IT IS SO ORDERED.

**Dated:** November 27, 2007        /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

1