IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DURAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LORI MACIAS-PRICE, et al.,<br><br>    Defendants. | 07-CV-01209-AWI-SMS<br><br>ORDER TAKING MATTER<br>UNDER SUBMISSION |

    A motion to dismiss or to quash service was filed by Defendants on November 5, 2007 and is set for hearing on Monday, December 10, 2007. The Court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument pursuant to Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 10, 2007, is VACATED, and the parties shall not appear at that time. As of December 10, 2007, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 6, 2007                    /s/ Anthony W. Ishii
                                                                 UNITED STATES DISTRICT JUDGE